## DANIEL GREEN vs. JOHN LOCKWOOD'S adm'r.

Evidence of *discharge* by parol of a sealed instrument is inadmissible under the plea of *payment*.
*Eleven* years can never raise a presumption of payment from lapse of time.

DEBT on a single bill given by John Lockwood and Thomas Green for $343 94, dated 1 Jan. 1814, with sundry credits up to 1822.

Pleas, non est factum; payment, discount.

Defts. counsel asked a witness if he had not heard the plaintiff say he had made arrangements with Thomas Green for the payment of this note and was to look to him alone.   Objected to.

*Per curiam.*   The plea is payment.   Under it you cannot *discharge* this sealed instrument by proof of any parol understanding. Proof of any such agreement to release or discharge the obligation of Lockwood is therefore inadmissible.

The case was argued on the *presumption* of payment from lapse of time; but

*The Court* said

It was but *eleven* years from the last payment to the commencement of the action; and this length of time can never afford a presumption of payment.

Verdict for plaintiff.

*Bates* and *Frame* for plaintiff.
*Ridgely* and *Huffington* for defendant.